**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:    (406) 657-6101
FAX:      (406) 657-6989
Email:    Lori.Suek@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
DEC 22 2016
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WESLEY LAFOUNTAIN,<br><br>Defendant. | CR 16-120-BLG-SPW<br><br>INDICTMENT<br><br>**ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY TO A DATING PARTNER (Count I)**<br>Title 18 U.S.C. §§ 1152 and 113(a)(7)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release)<br><br>**ASSAULT OF A DATING PARTNER BY STRANGULATION (Count II)**<br>Title 18 U.S.C. §§ 1152 and 113(a)(8)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>**INTERSTATE DOMESTIC VIOLENCE (Count III)**<br>Title 18 U.S.C. § 2261(a)(2)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |

1

THE GRAND JURY CHARGES:

## COUNT I

That on or about October 29, 2016, at Lodge Grass, in the State and District of Montana, and on and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, ROBERT WESLEY LAFOUNTAIN, intentionally assaulted L.P., an Indian person and a dating partner of ROBERT WESLEY LAFOUNTAIN, resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1152 and 113(a)(7).

## COUNT II

That on or about October 29, 2016, at Lodge Grass, in the State and District of Montana, and on and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, ROBERT WESLEY LAFOUNTAIN, intentionally assaulted L.P., an Indian person and a dating partner of ROBERT WESLEY LAFOUNTAIN, by strangling L.P., in violation of 18 U.S.C. §§ 1152 and 113(a)(8).

## COUNT III

That on or about October 29, 2016, the defendant, ROBERT WESLEY LAFOUNTAIN, in the State and District of Montana, forced L.P., an Indian person and a dating partner of ROBERT WESLEY LAFOUNTAIN, to leave the Crow Indian Reservation, and in the course of doing so, assaulted L.P. resulting in

substantial bodily injury, and assaulted L.P. by strangling L.P., in violation of 18 U.S.C. § 2261(a)(2).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

/s/ Michael W. Cotter
MICHAEL W. COTTER
United States Attorney

/s/ Joseph E. Thaggard
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: 0 _____