IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JAN 1 2 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WESLEY LAFOUNTAIN,<br><br>Defendant. | CR 16-120-BLG-SPW<br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting the privacy of any individual's interests,

IT IS HEREBY ORDERED that Volume I of the transcript of the Sentencing Hearing held Wednesday, November 29, 2017 shall be filed under seal.

IT IS FURTHER ORDERED that Volume II of the transcript of the Sentencing Hearing held Wednesday, November 29, 2017 shall have the alternate juror's name redacted.

DATED this 12th day of January, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1