IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 1 8 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 16-120-BLG-SPW |
| vs. | AMENDED ORDER |
| ROBERT WESLEY LAFOUNTAIN, | |
| Defendant. | |

This Order amends the Court's Order of January 12, 2018 (Doc. 65).

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting the privacy of any individual's interests,

IT IS HEREBY ORDERED that Volume I of the trial transcript for the trial held August 7, 2017 shall be filed under seal.

IT IS FURTHER ORDERED that Volume II of the trial transcript for the trial held August 8, 2017 shall have the alternate juror's name redacted.

DATED this 18th day of January, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge